RECEIVED + FILED

2008 OCT 14  AM 10: 42

FORM B5
(10/05)

| United States Bankruptcy Court | | INVOLUNTARY PETITION |
|---|---|---|
| EASTERN District of MISSOURI | | |

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>EDWARD JONES SECURITIES | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br>EDWARD JONES |
|---|---|
| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D.<br>NO (If more than one, state all.) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>201 Progress Parkway<br>Maryland Heights, Missouri  63043 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS  63043 ZIP CODE | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
NORTHERN TRUST COMPANY, 50 LaSalle St, Chicago, Illinois  60603

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[X] Chapter 7     [ ] Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

Petitioners believe:
[ ] Debts are primarily consumer debts
[X] Debts are primarily business debts

TYPE OF DEBTOR
[ ] Individual      [ ] Stockbroker
[ ] Partnership     [ ] Railroad
[ ] Corporation     [ ] Health Care Business
[ ] Clearing Bank   [ ] Commodity Broker
[X] Other: SECURITIES FIRM

BRIEFLY DESCRIBE NATURE OF BUSINESS

| VENUE | FILING FEE (Check one box) |
|---|---|
| [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>[ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | [X] Full Filing Fee attached<br><br>[ ] Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)                                    COURT USE ONLY

1. [ ] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. [ ] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. [ ] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. [X] Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

28

OFFICIAL FORM 5 - Page 2
Involuntary Petition
(10/05)

Name of Debtor: EDWARD JONES SECURITIES
Case No. _____

## TRANSFER OF CLAIM

[X] Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_
Signature of Petitioner or Representative (State title)
DANIEL WATLINGTON    5-27-08
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
8610 Birdseye Court
LINDEN, NORTH CAROLINA 28356

x _____
Signature of Attorney    Date
Name of Attorney Firm (If any)
Address
Telephone No.

x _Keith Wayne Austin without recourse_
Signature of Petitioner or Representative (State title)
KEITH WAYNE AUSTIN    5-27-08
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
C/O KELLY RINEHART
4606 Granite Shoals Road
San Antonio, Texas 78244

x _____
Signature of Attorney    Date
Name of Attorney Firm (If any)
Address
Telephone No.

x _[signature] without recourse_
Signature of Petitioner or Representative (State title)
PAUL BENJAMIN GOIST    5-27-08
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
P.O. Box 52020
Reg No.: #53614-060
Bennettsville, SC 29512

x _____
Signature of Attorney    Date
Name of Attorney Firm (If any)
Address
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| DANIEL WATLINGTON  8610 Birseye Court Linden, North Carolina 28356 | SECURED | $50,700,000.00 |
| KEITH WAYNE AUSTIN 4606 Granite Shoals San Antonio, Texas 78244 | SECURED/ASSIGNED | $2,000,000.00 |
| PAUL BENJAMIN GOIST P.O. Box 52020 Bennettsville, SC 29512 | SECURED/ASSIGNED | $2,000,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | $50,700,000.00 |

_2_ continuation sheets attached

29

Petitioner(s) declare under penalty of perjury that the foregoing is true, correct, accurate accoring to the best of their knowledge, information and belief.

X *Thomas C. Sims*
Signature of Petitioner or Representative
(State Title)
THOMAS SIMS                 5-27-08
Name of Petitioner          Date Signed

Name & Mailing Address
of Individual Signing in
Representative Capacity        4918 Ashford Drive
                               Upper Marlboro Maryland
                               20772

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| THOMAS SIMS 4918 Ashford Drive Upper Marlboro, Maryland 20772 | Secured/Assigned | $5,000,000.00 |

TOTAL AMOUNT OF CLAIM

$ 5,000,000.00

Petitioner(s) declare under penalty of perjury that the foregoing is true, correct, accurate accoring to the best of their knowledge, information and belief.

X *Darnell King*
Signature of Petitioner or Representative
(State Title)
DARNELL KING               5-27-08
Name of Petitioner         Date Signed

Name & Mailing Address
of Individual Signing in
Representative Capacity        109 South 7th Avenue
                               Mount Vernon, New York
                               10550

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| DARNELL KING 109 South 7th Avenue Mount Vernon, New York 10550 | Secured/Assigned | $5,700,000.00 |

TOTAL AMOUNT OF CLAIM

$5,700,000.00

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE ESTAERN DISTRICT OF MISSOURI

IN RE: EDWARD JONES SECURITIES  CASE NO.:_____
      201 Progress Parkway
      Maryland Heights, Missouri
      28356
           Debtor(s)
_____/

INVOLUNTARY PETITION
CHAPTER SEVEN
7

1. The Creditors mailing address is PALLIE TRUST 8610 Birdseye Court, Linden, North Carolina 28356;

2. The Debtor(s) mailing address is, EDWARD JONES SECURITIES, principle place of business is, 201 Progress Parkway, Maryland Heights, Missouri, 28356, and principle place of assets is located at Northern Trust Company, 50 S. LaSalle Street, Chicago, Illinois 60603;

3. The Debtor(s) has resided or has been domiciled or the Debtor(s) principle place of business or principle place of assets of the Debtor(s) have been within this District for the preceeding 180 days or for longer period of the preceeding 180 days than in any other district.

4. The Creditor is qualified to file this Petition as the Debtor is generally not paying such debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount.

                                                Respectfully Submitted

                                                DANIEL WATLINGTON d.b.a.
                                                PALLIE TRUST GENERAL MANAGER
                                                8610 Birdseye Court
                                                Linden, North Carolina 28356
                                                for and on behalf of PALLIE TRUST

                                                Creditor-pro-se

Page One

Petitioner(s) declare under penalty of perjury that the foregoing is true, correct, accurate according to the best of their knowledge, information and belief.

X _____
Signature of Petitioner or Representative
(State Title)

QUINDORA P. UPSON          5-31-08
Name of Petitioner          Date Signed


Name & Mailing Address
of Individual Signing in
Representative Capacity     4918 Ashford Drive
                            Upper Marlboro, Maryland
                            20772

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| QUINDORA P. UPSON   4918 ASHFORD DR Upper Marlboro, Maryland   20772 | Secured/Assigned | $2,000,000.00 |

TOTAL AMOUNT OF CLAIM

$ 2,000,000.00

Petitioner(s) declare under penalty of perjury that the foregoing is true, correct, accurate according to the best of their knowledge, information and belief.

X _____
Signature of Petitioner or Representative
(State Title)

LAQUISHIA D. UPSON          5/31/08
Name of Petitioner          Date Signed


Name & Mailing Address
of Individual Signing in
Representative Capacity     4918 Ashford Drive
                            Upper Marlboro, Maryland
                            20772

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| LAQUISHIA D. UPSON 4918 ASHFORD DR UPPER MARLBORO, MARYLAND 20772 | SECURED/ASSIGNED | $2,000,000.00 |

TOTAL AMOUNT OF CLAIM

$ 2,000,000.00

Petitioner(s) declare under penalty of perjury that the foregoing is true, correct, accurate according to the best of their knowledge, information and belief.

X *Felicia Lynn White* (signature)
Signature of Petitioner or Representative
(State Title)

FELICIA LYNN WHITE          05-31-08
Name of Petitioner          Date Signed

Name & Mailing Address
of Individual Signing in
Representative Capacity     4804 Ashford Drive
                            Upper Marlboro, Maryland
                            20772

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| FELICIA WHITE 4804 ASHFORD DRIVE UPPER MARLBORO, MARYLAND 20772 | SECURED/ASSIGNED | $500,000.00 |

TOTAL AMOUNT OF CLAIM

$ 500,000.00

Petitioner(s) declare under penalty of perjury that the foregoing is true, correct, accurate according to the best of their knowledge, information and belief.

X *Adriana White* (signature)
Signature of Petitioner or Representative
(State Title)

ADRIANA M. WHITE           6/31/08
Name of Petitioner         Date Signed

Name & Mailing Address
of Individual Signing in
Representative Capacity    4804 ASHFORD DRIVE
                           UPPER MARLBORO, MARYLAND
                           20772

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| ADRIANA M. WHITE 4804 ASHFORD DR UPPER MARLBORO, MARYLAND 20772 | SECURED/ASSIGNED | $100,000.00 |

TOTAL AMOUNT OF CLAIM

$ 100,000.00